UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW WILLKIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24 CV 1408 CDP |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Plaintiff Matthew Willkie prevailed on his appeal for judicial review of an adverse decision of the Social Security Administration and now requests attorney's fees under the Equal Access to Justice Act in the amount of $13,418.21 and reimbursement of costs in the amount of $405.   In response, the Commissioner represents that the parties have agreed to a fee award totaling $11,500 and requests that I order payment of fees in that amount, as well as costs in the amount plaintiff requests.   I will grant plaintiff motion and order payment of the agreed-upon amounts of fees and costs.

This matter came before me on plaintiff's appeal for judicial review of an adverse decision of the Social Security Administration.   In a Memorandum, Order, and Judgment entered October 6, 2025, I reversed the Commissioner's decision and remanded the matter to the Commissioner for calculation and award of benefits with

a disability onset date of August 21, 2015.   Plaintiff now seeks an award of

attorney's fees as the prevailing party.   28 U.S.C. § 2412(d).   The Commissioner

does not oppose plaintiff's motion but requests that the agreed-upon amount of

$11,500 be made payable in accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010),

and that $405 in costs be paid from the Judgment Fund.   Upon review of plaintiff's

motion and the Commissioner's response, I find the fees agreed upon by the parties

and the Commissioner's requested terms of payment to be reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Petition to Award Attorney

Fees Pursuant to the Equal Access to Justice Act [25] is **GRANTED**, subject to the

parties' agreement.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 2412(d),

plaintiff shall recover attorney's fees from the Social Security Administration in

the amount of $11,500.

**IT IS FINALLY ORDERED** that, pursuant to 28 U.S.C. § 2412(a), plaintiff

shall recover costs from the Judgment Fund administered by the United States

Treasury in the amount of $405.00.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 9th day of February, 2026.